**DISMISS and Opinion Filed June 7, 2024**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01117-CV

**NOMI HEALTH, INC., Appellant**

**V.**

**OSGHD, LLC AND ANTHONY GIBSON, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-03963**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The parties have settled their dispute and have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, II/
ROBERT D. BURNS, III
CHIEF JUSTICE

231117F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NOMI HEALTH, INC., Appellant

No. 05-23-01117-CV          V.

OSGHD, LLC AND ANTHONY
GIBSON, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-03963.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed among the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered June 7, 2024.